# INGA NESS v. SUPREME LODGE OF ORDER OF COLUMBIAN KNIGHTS.[1]

April 30, 1915.

Nos. 19,120—(67).

**Order not appealable.**

Prior to the enactment of Laws 1915, c. 31, an order denying a motion for judgment notwithstanding the verdict and granting a motion for a new trial, was not appealable. [Reporter.]

[1] Reported in 152 N. W. 1102.

Action in the district court for Hennepin county to recover $1,000 upon defendant's certificate upon the life of Waldemar Ness. The case was tried before Hale, J., who at the close of the testimony denied defendant's motion to dismiss the action, and a jury which returned a verdict for the amount demanded. From an order denying its motion for judgment notwithstanding the verdict and granting its motion for a new trial, defendant appealed. Appeal dismissed.

*John O. Loeffler,* for appellant.

*Solem & Solem,* for respondent.

PER CURIAM.

The plaintiff had a verdict. The defendant made the usual alternative motion for judgment notwithstanding the verdict, or for a new trial, and assigned as the grounds for his motion for a new trial the insufficiency of the evidence to support the verdict as well as specific errors of law. The court denied the motion for judgment notwithstanding the verdict, and granted the motion for a new trial. The defendant appeals from the order.

The facts recited bring the case within Kommerstad v. Great Northern Ry. Co. 125 Minn. 297, 146 N. W. 975. The order is not appealable. Whether the effect of Laws 1915, p. 37, c. 31, enacted subsequent to this appeal, is to change the rule as to appealability we do not decide.

Appeal dismissed.